**Eric BOYER, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76628.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 21, 2000.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane D. Crouse, Asst. Atty. Gen., Jefferson City, for respondent.

' Before MARY RHODES RUSSELL, C.J. and CRANDALL, J. and HOFF, J.

## ORDER

PER CURIAM.

Movant Eric Boyer appeals the denial of his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).